IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SIMON COWELL;
JONATHAN LEE RICHES;
MEZHGAN HUSSAINY;
PLAINTIFF'S

V.

YOGA JOURNAL A/K/A YOGA JOURNAL.COM D/B/A ACTIVE INTEREST
MEDIA; EFREM ZIMBALIST III; ANDREW W. CLURMAN; KAITLIN
QUISTGAARD; PATRICIA B. FOX; CHARLI ORNETT; CARMEL WROTH;
ANDREA KOWALSKI; ERIN CHALFANT,
 DEFENDANT'S

FILED
APR - 1 2010
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

10-1080

PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER
23 USC 1331

COMES NOW, SIMON COWELL, JONATHAN LEE RICHES, AND MEZHGAN
HUSSAINY, WE FACE IMMINENT DANGER AND BODILY HARM FROM THE
DEFENDANT'S. THE DEFENDANTS MAGIZINE AND DISTRUBUTION OF
THEIR PRINT MATERIAL HAS CAUSED ALL OF US MEDICAL INJURIES
WHERE WE ARE NOW AT FEDERAL MEDICAL CENTER IN LEXINGTON, KY
GETTING TREATMENT. PLAINTIFF COWELL BROKE HIS NECK DOING
YOGA POSES THAT THE DEFENDANTS PRINTED AS BEING SAFE.
PLAINTIFF RICHES TRIED THE YOGA DOWNWARD DOG AND CRACKED
HIS HIPS AND NEEDS A REPLACEMENT. PLAINTIFF HUSSAINY BROKE
HER TOES DOING THE YOGA PLANK WHICH THE DEFENDATS PUT IN
THIER MAGAZINE ON JANUARY THAT WAS GOOD FOR BLOOD CIRCULATION
WE FEAR OTHERS WILL GET INJURIES FROM THE DEFENDATS CONDUCT
SO WE SEEK A RESTRAINING ORDER FROM ANY OTHER MATERIAL THE
DEFENDANTS PRODUCE FROM MAKING IT TO THE PUBLIC. WE PRAY
THIS COURT WILL GRANT OUR MOTIONS FOR RELIEF.

RESPECTFULLY,

SIMON COWELL  3-29-10
PO BOX 14500
LEXINGTON, KY 4051

JONATHAN LEE RICHES  03-29-10
#40948-018
PO BOX 14500
LEXINGTON, KY 40512

MEZHGAN HUSSAINY  3-29-10
PO BOX 14500
LEXINGTON, KY 40512





Jonathan Lee Riches
#40948-018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

In The United States District Court
For the Central District of Illinois
Clerk of Court
100 N.E. Monroe St.
Peoria, Illinois 61602

Legal Mail